# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| OMAR BIBI, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION: 2:23-00153-KD-B |
| ) | |
| VAUGHAN REGIONAL MEDICAL ) | |
| CENTER, LLC, ) | |
|     Defendant. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 35) made under 28 U.S.C. § 636(b)(1), Fed.R.Civ.P. 72(b), and S.D. Ala. GenLR 72(c), and dated November 15, 2023, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the parties' Joint Motion to Dismiss the Second Amended Complaint (Doc. 34) is **GRANTED** and this action is **DISMISSED** without prejudice due to a lack of subject matter jurisdiction (Fed.R.Civ.P. 12(h)(3)).

**DONE** and **ORDERED** this the **8th** day of **December 2023.**

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**