# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **OMAR BIBI,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CIVIL ACTION: 2:23-00153-KD-B** |
| | ) |
| **VAUGHAN REGIONAL MEDICAL** | ) |
| **CENTER, LLC,** | ) |
|     **Defendant.** | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **8th** day of **December 2023.**

                                          /s/ Kristi K. DuBose
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**